1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SANDRA VENABLES,                          )   NO. CV 10-6967 DOC (FMO)
                                          )
                    Petitioner,           )
                                          )
          v.                              )   **ORDER TO SHOW CAUSE**
                                          )
DOBSON DAVIS, Warden,                     )
                                          )
                    Respondent.           )
                                          )

17    On December 14, 2010, the court's Minute Order dated November 19, 2010, directing that

18   the Clerk send petitioner a copy of the Court's Order of September 21, 2010, denying petitioner's

19   Motion for Appointment of Counsel ("Court's Order of September 21, 2010 "), and the Court's

20   Order of September 21, 2010, attached thereto, were returned to the court undelivered and

21   marked "Return to Sender" and "Inmate Is Not Located at Valley State Prison for Women."

22   Pursuant to Local Rule 41-6, petitioner has an obligation to keep the court advised of a current

23   address throughout the duration of her lawsuit.  Petitioner is advised that her failure to comply with

24   her continuing obligation to keep the court apprised of a current mailing address and/or her failure

25   to comply with a court order because she did not receive the order, could result in her case being

26   dismissed for failure to obey the orders of this court and/or for want of prosecution.  See Local

27   Rule 41-6 ("If mail directed by the Clerk to a *pro se* [petitioner's] address of record is returned

28   undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such

1  [petitioner] fails to notify, in writing, the Court and opposing parties of said [petitioner's] current

2  address, the Court may dismiss the action with or without prejudice for want of prosecution.")

3  (italics in original); (see also Order Requiring Return at ¶ 11) ("Petitioner . . . shall immediately

4  notify the court and respondent's counsel of any change of petitioner's address.  If petitioner fails

5  to keep the court informed of a current mailing address where petitioner may be contacted and

6  served with papers, this action may be dismissed without prejudice for failure to prosecute.").

7          Based on the foregoing, IT IS ORDERED THAT:

8          1.       Petitioner shall file with the court a Notice of Change of Address no later than

9  **December 29, 2010**.

10         2.       **Petitioner's failure to timely comply with this Order, or with her continuing**

11 **obligation to keep the court apprised of a current mailing address, may result in this case**

12 **being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

13 Dated this 15th day of December, 2010.

14

15                                                      /s/

                                                  Fernando M. Olguin
16                                           United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28