# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA VENABLES, | NO. CV 10-6967 DOC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOBSON DAVIS, Warden | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: January 12, 2011.

**DAVID O. CARTER**
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE